```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SYLVIA SEIJAS, HEATHER M. MUNTON
and THOMAS L. PICO ESTRADA,

                 Plaintiffs,             :    04 Civ. 400 (TPG)

           -against -

                                     :    **JUDGMENT**

THE REPUBLIC OF ARGENTINA,

                 Defendant.

------------------------------------------------------------ x

       This action having come before the Court through plaintiffs' Amended

Complaint, dated January 26, 2004, and a plaintiff class having been certified by order of this

Court, dated August 5, 2005, and the plaintiff class having moved for summary judgment on all

counts of the Complaint by motion dated April 16, 2008, and defendant having opposed the

motion, and the Court having heard argument on the motion, after due deliberation, it is hereby

       ORDERED, ADJUDGED, AND DECREED: That plaintiffs have judgment

against defendant in the principal amount of $105,562,000, plus interest at nine (9) percent per

annum for the period December 31, 2001 through December 31, 2008, amounting to

$66,504.060, collectively amounting in total to $172,066,060, plus accrued interest thereafter

pursuant to 28 U.S.C. § 1961.

       IT IS FURTHER ORDERED that, until further order from the Court, plaintiffs

must refrain from selling or otherwise transferring their beneficial interests in the bonds involved

in this action without advising the Court in advance and obtaining permission of the Court.

Dated: New York, New York
~~December 31, 2008~~
January 8, 2009

Judge Thomas P. Griesa
U.S.D.J.