UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SILVIA SEIJAS, HEATHER M. MUNTON and
THOMAS L. PICO ESTRADA,                                                  04 Civ. 400 (TPG)

           Plaintiffs,

          - against -                                                           **[PROPOSED] ORDER**

THE REPUBLIC OF ARGENTINA,

           Defendant.
------------------------------------------------------------------- X
SILVIA SEIJAS, EMILIO ROMANO, RUBEN
WEISZMAN, ANIBAL CAMPO and MARIA COPATI,                                 04 Civ. 401 (TPG)

           Plaintiffs,

         - against -

THE REPUBLIC OF ARGENTINA,

           Defendant.
------------------------------------------------------------------- X
CESAR RAUL CASTRO,

           Plaintiff,                                                      04 Civ. 506 (TPG)

         - against -

THE REPUBLIC OF ARGENTINA,

           Defendant.
------------------------------------------------------------------- X
HICKORY SECURITIES LTD.,

           Plaintiff,                                                      04 Civ. 936 (TPG)

         - against -

THE REPUBLIC OF ARGENTINA,

           Defendant.
------------------------------------------------------------------- X


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/10

```
------------------------------------------------------------ X
ELIZABETH ANDREA AZZA, CLAUDIA FLORENCIA  :
VALLS and HICKORY SECURITIES, LTD.,        :    04 Civ. 937 (TPG)
                                           :
             Plaintiffs,                   :
                                           :
         - against -                       :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
             Defendant.                    :
------------------------------------------------------------ X
                                           :
ELIZABETH ANDREA AZZA, RODOLFO             :
VOGELBAUM and HICKORY SECURITIES LTD.,     :    04 Civ. 1085 (TPG)
                                           :
             Plaintiffs,                   :
                                           :
         - against -                       :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
             Defendant.                    :
------------------------------------------------------------ X
                                           :
EDUARDO PURICELLI,                         :
                                           :
             Plaintiff,                    :    04 Civ. 2117 (TPG)
                                           :
         - against -                       :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
             Defendant.                    :
------------------------------------------------------------ X
                                           :
RUBEN DANIEL CHORNY,                       :
                                           :
             Plaintiff,                    :    04 Civ. 2118 (TPG)
                                           :
         - against -                       :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
             Defendant.                    :
------------------------------------------------------------ X
```

WHEREAS, the Court entered an Order to Show Cause, dated May 24, 2010 ("OSC"), filed by plaintiffs in the above-captioned actions;

WHEREAS, the OSC ordered that plaintiffs may serve writs or execution and restraining notices against purported property of the Republic of Argentina (the "Republic") in the possession of: (i) Banco de la Nación Argentina (the "BNA Orders"); (ii) HSBC Bank (the "HSBC Orders"); and (iii) any "[bank]" holding "property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody" (the "Blanket Orders," and collectively with the BNA Orders and the HSBC Orders, the "Orders")).

ORDERED, the U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court;

ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter;

ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court,

SO ORDERED:

/s/ Thomas P. Griesa
United States District Judge

Dated: New York, New York
       May 27, 2010

2