UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SILVIA SEIJAS, et al,                                :       04 Civ. 400 (TPG)
                Plaintiffs,   :
            -against-          :
                              :
THE REPUBLIC OF ARGENTINA,     :
                Defendant.  :
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2014

### ORDER GRANTING MOTION TO
### MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS

WHEREAS, the Plaintiffs moved pursuant to FED. R. CIV. P. 23(c)(1)(C) to modify the existing class definition to encompass, as modified, a class consisting of all holders of Republic of Argentina 11% Global Notes due October 9, 2006 (CUSIP/ISIN # US040114AN02) (the "Holder Class"); and

WHEREAS, the motion was fully briefed and a conference was held on February 21, 2014 at which counsel for Plaintiffs and counsel for the Republic of Argentina ("Argentina") appeared and had further opportunity to address the motion;

Now, therefore, the Court, having considered all papers, arguments, and proceedings had herein;

IT IS HEREBY ORDERED THAT:

1.    The Court finds: There is good and sufficient cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the

1

requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. CIV. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures.

2. The Court therefore GRANTS Plaintiffs' motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina 11% Global Notes due October 9, 2006 (CUSIP/ISIN # US040114AN02)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class.

3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class.

Dated: New York, New York
April 24, 2014

Judge Thomas P. Griesa
U.S.D.J.

2