S.D.N.Y. - N.Y.C.<br>
04-cv-400<br>
04-cv-401<br>
04-cv-506<br>
04-cv-936<br>
04-cv-937<br>
04-cv-1085<br>
04-cv-2117<br>
04-cv-2118<br>
Griesa, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand fourteen.

Present:
    Barrington D. Parker,
    Denny Chin,
        *Circuit Judges*.[*]

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 19, 2014

Silvia Seijas, *et al.*,

        *Plaintiffs - Respondents,*

    v.                                      14-1444

The Republic of Argentina,

        *Defendant - Petitioner.*

The Republic of Argentina,

        *Petitioner,*

    v.                                      14-1447

Silvia Seijas, *et al.*,

---

[*]Judge Raymond J. Lohier has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

CERTIFIED COPY ISSUED ON 06/19/2014

*Respondents.*
_____

_____

Republic of Argentina,

        *Petitioner,*

   v.                                             14-1449

Cesar Raul Castro,

        *Respondent.*
_____

Republic of Argentina,

        *Petitioner,*

   v.                                             14-1450

Hickory Securities Ltd.,

        *Respondent.*
_____

Republic of Argentina,

        *Petitioner,*

   v.                                             14-1479

Ruben Chorny,

        *Respondent.*
_____

Republic of Argentina,

        *Petitioner,*

   v.                                             14-1508

Eduardo Puricelli,

        *Respondent.*

_____

_____

The Republic of Argentina,

                *Petitioner,*

   v.                                                              14-1542

Elizabeth Andrea Azza, *et al.*,

                *Respondents.*

_____

Hickory Securities, Ltd., *et al.*,

                *Plaintiffs-Respondents,*

   v.                                                              14-1590

The Republic of Argentina,

                *Defendant-Petitioner.*

_____

The above-captioned proceedings are consolidated for purposes of this order.

Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

                                                         FOR THE COURT:
                                                         Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-KAL

3