UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SILVIA SEIJAS, et al,                                  :     04 Civ. 400 (TPG)
                           Plaintiffs,          :
        -against-                                     :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                           Defendant.           :
------------------------------------------------------------------------x
SILVIA SEIJAS, et al,                                  :     04 Civ. 401 (TPG)
                           Plaintiffs,          :
        -against-                                     :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                           Defendant.           :
------------------------------------------------------------------------x
CESAR RAUL CASTRO,                                     :     04 Civ. 506 (TPG)
                           Plaintiff,           :
        -against-                                     :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                           Defendant.           :
------------------------------------------------------------------------x
HICKORY SECURITIES LTD.,                               :     04 Civ. 936 (TPG)
                           Plaintiff,           :
        -against-                                     :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                           Defendant.           :
------------------------------------------------------------------------x

**<u>NOTICE OF MOTION FOR PRELIMINARY INJUNCTION</u>**

- 2 -

| | | | |
|---|---|---|---|
| ELIZABETH ANDREA AZZA, et al, | | x | 04 Civ. 937 (TPG) |
| | Plaintiffs, | : | |
| -against- | | : | |
| | | | |
| THE REPUBLIC OF ARGENTINA, | | : | |
| | Defendant. | : | |
| ---------------------------------------------------------------------x | | | |
| ELIZABETH ANDREA AZZA, et al., | | : | 04 Civ. 1085 (TPG) |
| | Plaintiffs, | : | |
| -against- | | : | |
| | | : | |
| THE REPUBLIC OF ARGENTINA, | | : | |
| | Defendant. | : | |
| ---------------------------------------------------------------------x | | | |
| EDUARDO PURICELLI, | | : | 04 Civ. 2117 (TPG) |
| | Plaintiff, | : | |
| -against- | | : | |
| | | : | |
| THE REPUBLIC OF ARGENTINA, | | : | |
| | Defendant. | : | |
| ---------------------------------------------------------------------x | | | |
| RUBEN DANIEL CHORNY, | | : | 04 Civ. 2118 (TPG) |
| | Plaintiff, | : | |
| -against- | | : | |
| | | : | |
| THE REPUBLIC OF ARGENTINA, | | : | |
| | Defendant. | : | |
| ---------------------------------------------------------------------- | | x | |

PLEASE TAKE NOTICE that, pursuant to Rules 23 and 65 of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law, Plaintiffs will move this Court, before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, New York, New York, on August 18, 2014 or such other date and time to be determined by the Court, for (a) an Order substantially in the form attached as Exhibit A preliminarily enjoining The Republic of Argentina from violating Paragraph 1(c) of the 1994 Fiscal Agency Agreement, including by making any payment under the terms of bonds issued in the 2005 or 2010 Exchange Offers without complying with its obligation pursuant to Paragraph 1(c) of the FAA by concurrently or in advance

making a Ratable Payment to the Plaintiff Classes, and (b) such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Defendant's Opposition shall be served by August 7, 2014 and Plaintiffs' Reply shall be served by August 14, 2014.

Dated: New York, New York
July 24, 2014

By: /s/ Jennifer R. Scullion

Jennifer R. Scullion
M. Todd Mobley
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
jscullion@proskauer.com
mmobley@proskauer.com

Saul Roffe
Law Offices of Saul Roffe, Esq.
52 Homestead Circle
Marlboro, NJ 07746
(732) 375-9220
sroffe@gmail.com

Michael Diaz, Jr.
Carlos F. Gonzalez
Marta Colomar-Garcia
DIAZ REUS & TARG LLP
100 S.E. 2nd Street
Suite 3400
Miami, FL 33131
(305) 375-9220
mdiaz@diazreus.com
cgonzalez@diazreus.com
mcolomar@diazreus.com
*Co-Lead Counsel for Plaintiffs*

TO: Jonathan I. Blackman (jblackman@cgsh.com)
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
One Liberty Plaza
New York, NY 10006
(212) 225-2000
*Attorneys for the Republic of Argentina*