

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

December 8, 2014

Jennifer R. Scullion
Member of the Firm
d 212.969.3655
f 212.969.2900
jscullion@proskauer.com
www.proskauer.com

<u>By ECF</u>

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>04cv400; 04cv401; 04cv506; 04cv936; 04cv937; 04cv1085; 04cv2117; 04cv2118</u>

Dear Judge Griesa:

    We write on behalf of the Plaintiffs in the above actions.

    On July 24, 2014, pursuant to Local Rule 77.1, we served on Defendant the Republic of Argentina and submitted to the Judgment Clerk's Office a Notice of Settlement of Class Notice and Opt Out Procedure Order (the "Notice of Settlement"), along with a Proposed Order With Respect to Class Notice and Opt Out Procedure (the "Proposed Order").  Copies of the Notice of Settlement and Proposed Order are annexed hereto.

    Argentina has neither opposed nor responded in any way to the Notice of Settlement.  Accordingly, Plaintiffs respectfully request that the Court sign and enter the Proposed Order.

Respectfully submitted,

s/ Jennifer R. Scullion

Jennifer R. Scullion

cc by ECF:   Counsel of Record

Attachments