```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
EDUARDO PURICELLI,                                       :
                                                         :
                        Plaintiff,                       :
                                                         :
            v.                                           :   04 Civ. 2117 (TPG)
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                        Defendant.                       :
-------------------------------------------------------- x
                                                         :
RUBEN CHORNY,                                            :
                                                         :
                        Plaintiff,                       :
                                                         :
            v.                                           :   04 Civ. 2118 (TPG)
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                        Defendant.                       :
-------------------------------------------------------- x
                                                         :
ELIZABETH ANDREA AZZA, et al.                            :
                                                         :
                        Plaintiffs,                      :
                                                         :   04 Civ. 1085 (TPG)
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                        Defendant.                       :
-------------------------------------------------------- x
                                                         :
CLAUDIA FLORENCIA VALLS, et al.                          :
                                                         :
                        Plaintiffs,                      :
                                                         :
            v.                                           :   04 Civ. 937 (TPG)
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                        Defendant.                       :
                                                         :
-------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/15

```
-------------------------------------------------- x
                                                   :
SILVIA SEIJAS, et al.                              :
                                                   :
              Plaintiffs,                          :
                                                   :   04 Civ. 400 (TPG)
       v.                                          :
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
              Defendant.                           :
-------------------------------------------------- x
                                                   :
SILVIA SEIJAS, et al.                              :
                                                   :
              Plaintiffs,                          :
                                                   :
       v.                                          :   04 Civ. 401 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
              Defendant.                           :
-------------------------------------------------- x
                                                   :
HICKORY SECURITIES LTD.                            :
                                                   :
              Plaintiff,                           :
                                                   :
       v.                                          :   04 Civ. 936 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
              Defendant.                           :
-------------------------------------------------- x
                                                   :
CESAR RAUL CASTRO,                                 :
                                                   :
              Plaintiff,                           :
                                                   :
       v.                                          :   04 Civ. 506 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
              Defendant.                           :
-------------------------------------------------- x
```

**ORDER**

A conference in these cases is hereby scheduled on September 8, 2015 at 2:00pm.

SO ORDERED.

Dated: New York, New York
       August 19, 2015

_____
Thomas P. Griesa
United States District Judge